**UNITED STATES DISTRICTOURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 96-8066-CR-ROSENBERG**

UNITED STATES OF AMERICA,

v.

WILLIAM I. NERLICH,

Defendant.
_______________________________/

**ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM [78]**

THIS CAUSE having come before the Court upon the Defendant's Motion to Terminate Defendant's Supervised Release Term, filed January 17, 2017 [D.E. 78]. Additionally, the Court has received and reviewed the January 27, 2017 Confidential Memorandum response from the United States Probation Office as well as the Response filed by the Government on January 27, 2017 [D.E. 82]. The Court being fully advised as to the premises, it is hereby:

ORDERED AND ADJUDGED that based upon the reasons stated within the defendant's Motion, the Confidential Memorandum Response received from the United States Probation Office, as well as the Response received from the Government, the Defendant's Motion to Terminate Defendant's Supervised Release Term [D.E. 78] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of February, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE